1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIM ROBERT DELAVERGNE,

                Plaintiff,

v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

                Defendants.

CASE NO. C13-5703 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

       This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 12), and
Plaintiff Kim Robert Delavergne's ("Delavergne") objections to the R&R (Dkt. 13).

       On September 9, 2013, Judge Strombom issued the R&R recommending that the
Court dismiss Delavernne's complaint without prejudice because it is frivolous and fails
to state a claim.  Dkt. 12.  On October 2, 2013, Delavergne filed objections repeating the
substance of his alleged wrongs but failing to perfect the deficiencies in his complaint.
Dkt. 13.  Therefore, the Court having considered the R&R, Delavergne's objections, and
the remaining record, does hereby find and order as follows:

1    (1)    The R&R is **ADOPTED**; and

2    (2)    This action is **DISMISSED without prejudice**.

3    Dated this 19th day of November, 2013.

5

6                       BENJAMIN H. SETTLE
                           United States District Judge